858 So.2d 335 (2003)
Otto GRACE and Ana D. Grace, Appellants,
v.
ROYAL INDEMNITY CO., a foreign corp., and Karen Holloway, Appellees.
No. 3D02-1245.
District Court of Appeal of Florida, Third District.
June 18, 2003.
Friedman & Friedman; Lauri Waldman Ross, Miami, for appellants.
Conroy, Simberg, Ganon, Krevans & Abel and Mara Shlackman, Fort Lauderdale, for appellees.
Before LEVY, GERSTEN and SHEVIN, JJ.
PER CURIAM.
Affirmed. See Inservices, Inc. v. Aguilera, 837 So.2d 464 (Fla. 3d DCA 2002).